IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DOUG HARTZHEIM and RICHARD BRATTEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>NEWCLEUS, LLC; INTEGRATED FINANCIAL SERVICES OF PA, INC. d/b/a BANK FINANCIAL SERVICES GROUP, INC.; WILLIAM BORCHERT; and DANIEL BARBAREE,<br><br>    Defendant. | CV 21–25–BU–DLC<br><br><br>ORDER |

    Defendants, by and through their attorney Amy D. Christensen of the law firm of Christensen & Prezeau PLLP, move for the admission of David L. Braverman to practice before this Court in the above-captioned matter. (Doc. 9.) Mr. Braverman's application appears to be in order. (*Id.* at 3–5.)

    Accordingly, IT IS ORDERED that the motion (Doc. 9) is GRANTED on the condition that Mr. Braverman do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Braverman shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Braverman, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 7th day of May, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court