IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DOUG HARTZHEIM and RICHARD BRATTEN, <br><br> Plaintiffs, <br><br> v. <br><br> NEWCLEUS, LLC; INTEGRATED FINANCIAL SERVICES OF PA, INC. d/b/a BANK FINANCIAL SERVICES GROUP, INC.; WILLIAM BORCHERT; and DANIEL BARBAREE, <br><br> Defendant. | CV 21–25–BU–DLC <br><br><br> ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 16),

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that all pending motions are DENIED as moot.

DATED this 2nd day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court